# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

MICHAEL T. MAIBEN, :

    Plaintiff, :

vs. : CA 09-0408-C

MICHAEL J. ASTRUE, :
Commissioner of Social Security,
                                               :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff disability insurance benefits and supplemental security income be affirmed.

**DONE** this the 4th day of March, 2010.

                s/WILLIAM E. CASSADY
              **UNITED STATES MAGISTRATE JUDGE**